V#1011  # 129296

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
2011 FEB 17 PM 3:5□
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:  *  CASE NO. 09-36280-W
        *
        *  JUDGE MARY ANN WHIPPLE
        *
LUCILLE N. SHETZER  *  William L. Swope, Trustee
        *  221 South Main Street
        *  Findlay, Ohio 45840
        *  (419) 422-0288
        *  Sup. Ct. #0029538

REPORT ON DIVIDENDS OF LESS THAT FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named debtor(s), do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| COLUMBIA GAS OF OHIO<br>200 CIVIC CENTER DRIVE, 11TH FLOOR<br>COLUMBUS, OHIO 43215 | $ 2.16 |
| Southwest Anesthesia Services<br>P.O. Box 634517<br>Cincinnati, OH 45263-4517 | $ 1.27 |
|  | $ 3.43 |

A check for $3.43 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: February 16, 2011

William L. Swope
Trustee